CHERYL D. ORR (SBN #143196)
HEATHER M. SAGER (SBN #186566)
S. FEY EPLING (SBN #190025)
JOSEPHINE KO (SBN #233869)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105-2235
Telephone:   (415) 591-7500
Facsimile:    (415) 591-7510

Attorneys for Defendants
KNOCKOUT LOCKOUTS, INC., JAMES E.
BATTLESON, JASON BATTLESON, AND
KRISTA KINDELAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW STEINER, SIMON CALLAWAY and JEFFREY MUTH, Individually and on Behalf of All Others Similarly Situated,,<br><br>Plaintiff,<br><br>v.<br><br>KNOCKOUT LOCKOUTS, INC., a California corporation; JAMES E. BATTLESON, an individual; JASON BATTLESON, individual; and KRISTA KINDELAN, an individual; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. CV 09-2456 MHP<br><br>**JOINT STIPULATION TO EXTEND THE DEADLINE FOR RESPONSIVE PLEADINGS** |

**WHEREAS** Plaintiffs Matthew Steiner, Simon Callaway, and Jeffrey Muth (collectively, "Plaintiffs") filed a complaint in the above-captioned action on June 3, 2009 ("Complaint");

**WHEREAS** Plaintiffs served the summons and complaint upon Defendant Knockout Lockouts, Inc. ("Knockout Lockouts"), by delivering a copy of said summons and complaint to an authorized agent on June 4, 2009;

**WHEREAS** Plaintiffs served the summons and complaint upon Defendants James E. Battleson, Jason Battleson, and Krista Kindelan by mailing a copy of said summons and

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND THE DEADLINE
FOR RESPONSIVE PLEADINGS
SF01/ 643821.1

CASE NO. CV 09-2456 MHP

complaint to said defendants by certified mail pursuant to California Code of Civil Procedure Section 415.40 on June 11, 2009;

**THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:**

(1)  The deadline for Defendants Knockout Lockouts, James E. Battleson, Jason Battleson, and Krista Kindelan to file a responsive pleading to the Complaint is hereby extended to Friday, July 17, 2009.

**IT IS SO STIPULATED**

Dated: July 10, 2009

DRINKER BIDDLE & REATH LLP

By: _____
Cheryl D. Orr
S. Fey Epling
Josephine Ko

Attorneys for Defendants

Dated: July ____, 2009

THE LAW OFFICE OF PATRICK R. KITCHIN

By: _____
Patrick R. Kitchin

Attorneys for Plaintiffs

## ORDER

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that the deadline for Defendants Knockout Lockouts, James E. Battleson, Jason Battleson, and Krista Kindelan to file a responsive pleading to the Complaint in the above-captioned action is hereby extended to Friday, July 17, 2009.

**IT IS SO ORDERED.**

Dated: 7/13/2009, 2009

Honorable Judge Marilyn H. Patel

*IT IS SO ORDERED — Judge Marilyn H. Patel — United States District Court, Northern District of California — Case No. CV 09-2456 MHP*

complaint to said defendants by certified mail pursuant to California Code of Civil Procedure Section 415.40 on June 11, 2009;

**THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, HEREBY STIPULATE AND AGREE AS FOLLOWS:**

(1) The deadline for Defendants Knockout Lockouts, James E. Battleson, Jason Battleson, and Krista Kindelan to file a responsive pleading to the Complaint is hereby extended to Friday, July 17, 2009.

**IT IS SO STIPULATED**

Dated: July ____, 2009                    DRINKER BIDDLE & REATH LLP

By:_____
Cheryl D. Orr
S. Fey Epling
Josephine Ko

Attorneys for Defendants

Dated: July 10, 2009                    THE LAW OFFICE OF PATRICK R. KITCHIN

By:_____
Patrick R. Kitchin

Attorneys for Plaintiffs

## ORDER

Based upon the Stipulation of the parties, IT IS HEREBY ORDERED that the deadline for Defendants Knockout Lockouts, James E. Battleson, Jason Battleson, and Krista Kindelan to file a responsive pleading to the Complaint in the above-captioned action is hereby extended to Friday, July 17, 2009.

**IT IS SO ORDERED.**

Dated: _____, 2009                    _____
Honorable Marilyn H. Patel

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION TO EXTEND THE DEADLINE
FOR RESPONSIVE PLEADINGS
SF01/643821.1                                                  - 2 -                                    CASE NO. CV 09-2456 MHP