**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW STEINER

    Plaintiff(s),            No. 09-02456 MHP (EDL)

    v.                    ORDER EXCUSING ATTENDANCE
                           AT SETTLEMENT CONFERENCE

KNOCKOUT LOCKOUTS

    Defendant(s).
_____/

       On October 29, 2009, Plaintiff Matthew Steiner requested to be excused from personally appearing at the settlement conference scheduled for November 12, 2009. On November 3, 2009, Defendants opposed Mr. Steiner's request, and filed a request for Defendants James Battleson and Krista Kindelan to be excused from personal appearance at the settlement conference. Also on November 3, 2009, Plaintiffs opposed Defendants' request.

       On November 6, 2009, the Court held a telephone conference regarding the parties' requests. For the reasons stated at the conference, the Court finds good cause for excusing personal attendance of Mr. Steiner and Mr. Battleson. Provided that Defendants submit further information confirming the necessity of Ms. Kindelan's absence, the Court will also find good cause for excusing her personal attendance. Therefore, it is hereby ORDERED that Mr. Steiner, Mr. Battleson and Ms. Kindelan (subject to the Court's receipt of further information) be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on November 12, 2009.

       If the Court concludes that the absence of Mr. Steiner, Mr. Battleson or Ms. Kindelan is interfering with the settlement conference, the Court may continue the settlement conference and

//

//

1 may order personal attendance by each party including Mr. Steiner, Mr. Battleson and Ms. Kindelan

2 **IT IS SO ORDERED.**

3 Dated: November 6, 2009

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge